# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 67.180.240.159,<br><br>        Defendant. | Case Number: 4:21-cv-06818-HSG<br><br>Honorable Haywood S. Gilliam, Jr.<br><br>**ORDER ON PLAINTIFF'S *EX-PARTE* APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT AND FOR CONTINUANCE OF THE INITIAL CASE MANAGEMENT CONFERENCE** |

THIS CAUSE came before the Court upon Plaintiff's e*x-parte* application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint and continuance of the Initial Case Management Conference currently scheduled for December 7, 2021, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's application is granted. Plaintiff shall have until February 20, 2022 to effectuate service of a summons and Complaint on Defendant and the Initial Case Management Conference scheduled for December 7, 2021 is continued to March 22, 2022 at 2:00 p.m.

**DONE AND ORDERED**.

Dated: 11/18/2021

By: *[signature]*
**United States District Judge**
Hon. Haywood S. Gilliam, Jr.

1

Order on *Ex-Parte* Application for Extension to Effectuate Service and for Continuance of the Initial
Case Management Conference                                              Case No. 4:21-cv-06818-HSG